THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ardelio X.
 Lopez, Appellant.
 
 
 

Appeal From Horry County
 Thomas Russo, Circuit Court Judge
Unpublished Opinion No. 2008-UP-149
Submitted March 3, 2008  Filed March 10,
 2008   
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Ardelio Lopez (Lopez) appeals his guilty plea to
 murder and assault and battery with intent to kill.  On appeal, Lopez maintains
 his guilty plea failed to conform with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  Specifically, Lopez maintains the trial
 court abused its discretion by failing to adequately advise him of his
 constitutional rights.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Lopezs appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.[1]
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.